NUMBER 13-04-127-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

JUAN FELIX VASQUEZ,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 206th District Court 
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, JUAN FELIX VASQUEZ, attempted to perfect an appeal from a
judgment entered by the 206th District Court of Hidalgo County, Texas. Sentence in
this cause was imposed on August 22, 2003. No timely motion for new trial was
filed. The notice of appeal was due to be filed on September 22, 2003, but was not
filed until January 27, 2004. Said notice of appeal is untimely filed. 
         Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and a motion requesting an extension of time within such period. 
         The Court, having considered the documents on file and appellant's failure to
timely perfect his appeal, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM
 
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 22nd day of April, 2004.